SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MAL KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br><br>    Plaintiff,<br><br>    vs.<br><br>XIE DONG D/B/A CHINA TOWN EXPRESS #108; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 8:20-cv-00052 DOC (JDEx)**<br><br>**Plaintiff's Second Application for Default Judgment by Court**<br><br>Date: August 10, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge David O. Carter |

To Defendant XIE DONG D/B/A CHINA TOWN EXPRESS #108, and the attorneys of record, if any: Please take notice that on August 10, 2020, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff MAL KIM will present Plaintiff's second application for default judgment against Defendant XIE DONG D/B/A CHINA TOWN EXPRESS #108. The Clerk has previously entered the default on Defendant XIE DONG D/B/A CHINA TOWN EXPRESS #108 on April 27, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant XIE DONG D/B/A CHINA TOWN EXPRESS #108 is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant XIE DONG D/B/A CHINA TOWN EXPRESS #108 has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and negligence.

The Plaintiff seeks a judgment in the amount of $3,640.00 in attorney fees and costs as set forth in the attached declaration of Jason Yoon and an Order directing the defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 375 E. Whittier Blvd., La Habra, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original application for default judgment by court was served on Defendant XIE DONG D/B/A CHINA TOWN EXPRESS #108 on July 20, 2020 by first class United States Mail, postage prepaid.

Dated: July 20, 2020        SO. CAL. EQUAL ACCESS GROUP

By:   /s/ Jason Yoon_____
      Jason Yoon, Esq.
      Attorneys for Plaintiff