UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 20-00052-DOC-JDEx                                   Date: July 21, 2020

Title: MAL KIM v. XIE DONG et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER STRIKING APPLICATION FOR DEFAULT JUDGMENT [19]**

The Court **STRIKES** Plaintiff's Application for Default Judgment. Plaintiff must instead file a Motion for Default Judgment that complies with the local rules and is set to be heard on **a Monday at least 28 days after the Motion is filed**. *See* Judge David O. Carter's Procedure Page, https://www.cacd.uscourts.gov/honorable-david-o-carter ("Civil motions, Status Conferences, and Scheduling Conferences are heard on Mondays at 8:30 a.m."); Local Rule 6-1. Plaintiff must file a properly noticed Motion on or before July 24, 2020.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                     Initials of Deputy Clerk:kd
CIVIL-GEN